NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3028

MATTHEW J. NASUTI,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in case no. DC1221090356-W-1.

ON MOTION

O R D E R

The Merit Systems Protection Board moves for an extension of time to file its brief.

Matthew J. Nasuti submits a letter objecting to a previous extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_MAR 0 9 2010_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Nasuti
Jeffrey A. Gauger, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2010

JAN HORBALY
CLERK